# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:19-cr-87 |
| v. ) | |
| ) | Dist. Judge Harry S. Mattice |
| BRADLEY LOVE ) | |
| ) | Mag. Judge Christopher H. Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 65] recommending that the Court: (1) accept Defendant's guilty plea to Count One of the one count Superseding Information; (2) adjudicate Defendant guilty of carrying and using a firearm during and in relation to a crime of violence in violation of 18 U.S.C. § 924(c)(1)(A)(i); and (3) order that Defendant remain in custody pending further order of this Court. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 65] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Count One of the one count Superseding Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of carrying and using a firearm during and in relation to a crime of violence in violation of 18 U.S.C. § 924(c)(1)(A)(i);

3. Defendant's sentencing hearing shall take place on **February 24, 2020, at 9:00 a.m.** before the undersigned; and

4. Defendant **SHALL REMAIN** in custody pending further order of this Court.

**SO ORDERED.**

                */s/ Harry S. Mattice, Jr.*
                HARRY S. MATTICE, JR.
              UNITED STATES DISTRICT JUDGE